# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-160-RLH-RJJ |
| vs. | ) | **O R D E R** |
| FALASHA ALI, | ) | (Referral of §2255 Motion–#95) |
| | ) | (Request for Briefing Schedule–#94) |
| Defendant. | ) | |

Before the Court is Defendant Falasha Ali's **Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody** (#95, filed June 2, 2010) and Defendant Ali's **Request for a Schedule to File Memorandums of Fact and Law, Affidavits, and Documentary Evidence, in Support of His Timely Filed 28 U.S.C. §2255 Motion** (#94, filed June 1, 2010).

Pursuant to 28 U.S.C. §2255, the Court hereby gives Notice to the United States Attorney and refers the above motions to him for response. The Court directs the Clerk of Court to provide copies of the above motions to the United States Attorney forthwith.

The Court also grants Defendant's request for the opportunity to file "Memorandums of Fact and Law, Affidavits, and Documentary Evidence" in support of his motion and directs that he file, with the Court and mail to the United States Attorney, any such documents no later than July 16, 2010. The United States Attorney shall file his response to the motion no later than September 17, 2010. Defendant may file a reply to the Government's response no later than October 1, 2010.

1

1  No extensions will be permitted of either party.
2       IT IS SO ORDERED.
3       Dated: June 9, 2010.

_____
Roger L. Hunt
Chief United States District Judge

2