UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:06-cr-00160-RLH-RJJ |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| FALASHA ALI ) | |
| Defendant. ) | |

    Before the Court is Defendant Falasha Ali's Motion for Reconsideration (#125, filed Aug. 29, 2013). Defendant originally pled guilty to one count of bank robbery, three counts of armed bank robbery, and one count of use of firearm during a crime of violence. After an unsuccessful appeal, Defendant filed a Motion to Vacate under § 2255, (#95, filed June 2, 2010), which the Court denied in its Order dated Nov. 17, 2010. Defendant then filed a Motion to Set Aside (#119, filed Mar. 18, 2013), asserting essentially the same arguments as his § 2255 motion. The Court similarly denied that Motion in its Order dated Aug. 1, 2013. Defendant now seeks reconsideration of the Aug. 1, 2013 Order.

    Defendant's Motion inappropriately attempts to reargue that which the Court has already determined. A Motion for Reconsideration is properly denied when it does not present any

1

argument not already raised in the original Motion. *See, e.g.*, *Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). The instant Motion advances the exact same arguments and assertions as Defendant's Motion to Set Aside, which, in turn, echoed the arguments presented in Defendant's original § 2255 motion. These arguments and assertions were considered and ruled on in the Court's prior Orders and the Court refers Defendant to those Orders for the Court's reasoning. Defendant's Motion is DENIED.

IT IS SO ORDERED.

Dated: September 26, 2013.

_____
**ROGER L. HUNT
United States District Judge**