# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:06-cr-00160-RLH-RJJ |
| ) Plaintiff, ) | *NUNC PRO TUNC* **CORRECTION OF** |
| vs. ) | **ORDER #126** |
| ) FALASHA ALI, ) | |
| ) Defendant. ) | |

      On September 27, 2013, the Court entered an Order (#126) denying Defendant Falasha Ali's Motion to Set Aside Judgment.  In the Court's recitation of background facts, the Court inadvertently stated Defendant was sentenced to "224 months," when in fact, the Court sentenced Defendant to a total of 244 months—160 months each as to counts 1, 2, 3, and 4 to run concurrently one with the other, and 84 months as to count 5 to run consecutively with the others (#69, entered Oct. 6, 2008).  The Order itself is unaffected by this erratum, but the typographical error has led to some confusion on Defendant's behalf (#128, filed Oct. 31, 2013).

      Accordingly, and for good cause appearing,

      IT IS HEREBY ORDERED, the Court's description of Defendant's sentence in its September 27, 2013 Order is amended to read "244 months."

      Dated: November 4, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

1