**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00160-APG-RJJ |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE LETTER-MOTION AND MOTION FOR RECONSIDERATION** |
| FALASHA ALI, | |
| Defendant. | (ECF Nos. 166, 168) |

Defendant Falasha Ali filed a letter-motion and motion for reconsideration on his own behalf even though he is represented by counsel. Under Local Rule IA 11-6(a), a party who is represented by counsel "may not personally file a document with the court." Instead, the attorney must make all filings. Given that Ali is represented by Gia McGillivray, I deny Ali's motions without prejudice. Ali is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that defendant Falasha Ali's letter-motion **(ECF No. 166)** and motion for reconsideration **(ECF No. 168) are DENIED without prejudice**.

DATED this 16th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE