# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00160-APG-RJJ |
| Plaintiff | **Order Denying Certificate of Appealability** |
| v. | |
| FALASHA ALI, | |
| Defendant | |

Defendant Falasha Ali has appealed my order denying his motions to set aside the November 2010 judgment. ECF Nos. 106, 177, 178, 180. That appeal has been assigned appellate case number 18-17009. ECF No. 181. The Ninth Circuit has indicated that a briefing schedule in case number 18-17009 will not be entered until I determine whether to issue a certificate of appealability. *Id.*

To obtain a certificate of appealability, Ali "must make a substantial showing of the denial of a constitutional right, a demonstration that . . . includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (quotation omitted). Because reasonable jurists could not debate these motions were properly denied, I deny a certificate of appealability for case number 18-17009.

However, I note that I previously granted a certificate of appealability of my order denying Ali's § 2255 motion filed in 2017. ECF No. 165. That case has been assigned appeal number 17-16777 at the Ninth Circuit. ECF No. 171.

IT IS THEREFORE ORDERED that I **DENY** a certificate of appealability for appellate case number 18-17009.

DATED this 22nd day of October, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE