1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   KATHERINE TANAKA
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  Katherine_Tanaka@fd.org

6  Attorneys for Falasha Ali

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:06-cr-00160-APG-RJJ |
| Respondent/Plaintiff, | **Motion to Seal (Exhibits A and D)** |
| v. | |
| Falasha Ali, | |
| Petitioner/Defendant. | |

Falasha Ali respectfully moves this Court for the entry of an Order permitting him to file (1) Exhibit A under seal because it contains confidential medical information; and (2) Exhibit D under seal because it contains letters from minors and letters with personal data identifiers requiring redaction. *See* FED. R. CIV. P. 5.2(d) and Local Rule IA 10-5; FED. R. CRIM P. 49.1 and Local Rule IC 6-1.

While public access to judicial filings and documents is favored, see *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978), a party may have a judicial record sealed by demonstrating "compelling reasons" that outweigh the public policy favoring disclosure, including that the records may be used improperly, *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

In this case, Exhibit A comprises medical records. The record contains sensitive and private information relating to Mr. Ali's health and medical care.

Exhibit D contains letters with personal data identifiers, as well as letters sent from Mr. Ali's minor children. The records should thus be sealed to protect his privacy and the identification information of those writing letters of support, including his minor children.

Given the nature of the information provided in Exhibits A and D, Mr. Ali respectfully asks this Court to permit him to file the exhibits under seal in this Court.

Dated April 26, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Katherine Tanaka*
KATHERINE TANAKA
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: April 29, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Case No. 2:06-cr-00160-APG-RJJ

2