# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00160-APG-RJJ |
| Plaintiff | **Order Denying Motion for Compassionate Release** |
| v. | [ECF No. 191] |
| FALASHA ALI, | |
| Defendant | |

Defendant Falasha Ali moves for compassionate release because he is at a greater risk of serious illness from COVID-19. ECF No. 191.

A sentencing court's ability to modify or reduce a sentence once imposed is seriously limited.[1] The compassionate-release provision of 18 U.S.C. § 3582(c)(1)(A)(i) allows a judge to reduce a sentence based on "extraordinary and compelling reasons" after the defendant has failed to convince the Bureau Of Prisons (BoP) to bring such a motion on his behalf.[2] The court must consider the factors in 18 U.S.C. § 3553(a) "to the extent that they are applicable."[3] Any sentence reduction also must be "consistent with applicable policy statements issued by the Sentencing Commission,"[4] including the requirement that the defendant "is not a danger to the safety of any other person or to the community."[5]

---

[1] *See United States v. Penna*, 319 F.3d 509, 511 (9th Cir. 2003) (exploring Federal Rules of Criminal Procedure 35 and 36); 18 U.S.C. § 3582(c).
[2] 18 U.S.C. § 3582(c)(1)(A)(i).
[3] *Id*.
[4] *Id*.
[5] U.S.S.G. § 1B1.13(2).

Ali has hypertension and kidney disease, which place him at a higher risk of serious illness from COVID-19. But the BoP has recently done a better job of controlling the spread of the virus, and has rolled-out the vaccine to inmates and prison staff. The most-current report for Pollock USP (where Ali is incarcerated) shows that only three staff members and no inmates with active cases at this time.[6]

Most importantly, Ali was offered the COVID-19 vaccine but refused. ECF No. 200 at 56. Numerous judges "have ruled with consistency that an inmate's denial of a COVID-19 vaccination weighs against a finding of extraordinary and compelling circumstances."[7] I agree. The current medical evidence confirms that Ali can adequately protect himself against the potentially dangerous effects of COVID-19 by taking the vaccine. His choice not to do so does not entitle him to a "get out of jail free" card.

I cannot find Ali's situation to be an "extraordinary or compelling circumstance" that warrants his release. I therefore order that his motion compassionate release **[ECF No. 191] is DENIED.**

DATED this 1st day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[6] *See* https://www.bop.gov/coronavirus/ (last checked 6/1/21).

[7] *United States v. Baeza-Vargas*, No. CR1000448010PHXJAT, 2021 WL 1250349, at *3 (D. Ariz. Apr. 5, 2021) (collecting cases).