# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00160-APG-RJJ |
| Plaintiff | **Order Granting Motion to Extend Deadline** |
| v. | [ECF No. 210] |
| FALASHA ALI, | |
| Defendant | |

Defendant Falasha Ali's request for a 30-day extension of the deadline to file a reply in support of his motion for compassionate release **(ECF No. 210) is granted**. Ali's reply is due by January 28, 2022.

DATED this 28th day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE