# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>FALASHA ALI,<br><br>    Defendant | Case No.: 2:06-cr-00160-APG-RJJ<br><br>**Order Granting Request for Copy of Docket Sheet**<br><br>[ECF No. 217] |

I ORDER that defendant Falasha Ali's request for a copy of the docket sheet **(ECF No. 217) is GRANTED**. The clerk of court is instructed to send a copy of the docket sheet to defendant Falasha Ali

DATED this 29th day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE